# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1193
Lower Tribunal No. 18-26845
_____

**Judy Bell,**
Appellant,

vs.

**Florida Gaming Casino Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michael Barket, Judge.

Judy Bell, in proper person.

Mitrani, Rynor, Adamsky & Toland, P.A., and Pamela A. Chamberlin, for appellee Florida Gaming Centers, Inc.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.